# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| James Lee Parlier, Jr., An Individual d/b/a Jimmy Parlier Horse Transport, Parlier Farms and Parlier Equine Transport & Carriages, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff and Counter-Defendant, | ) ) | 5:14-cv-00085-RLV-DCK |
| vs. | ) ) | |
| Brenda Casteen, et al, | ) ) | |
| Defendant and Counter-Plaintiff, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2016 Order.

May 26, 2016

Frank G. Johns, Clerk
United States District Court